516 A.2d 1379

**COMMONWEALTH of Pennsylvania, Petitioner,**

**v.**

**Vincent JOHNSON.**

Supreme Court of Pennsylvania.

Oct. 30, 1986.

Petition for Allowance of Appeal GRANTED, No. 134 E.D. Appeal Docket 1986.